UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE TUCKER,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　Defendants. | 20-CV-9496 (LTS)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued November 8, 2021, dismissing the second amended complaint,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that the second amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　　November 8, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　Chief United States District Judge